UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT CISNEROS,<br><br>              Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF THE<br>SOCIAL SECURITY ADMINISTRATION,<br><br>              Defendant. | Case No. CV 10-4940-PJW<br><br>J U D G M E N T |

    In accordance with the Memorandum Opinion and Order filed herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed and the case is remanded for further proceedings consistent with the Memorandum Opinion and Order.

    DATED: September 26, 2011

                                      /s/ Patrick J. Walsh
                                  PATRICK J. WALSH
                                  UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Soc Sec\CISNEROS, G 4940\Judgment.wpd